BAO 



TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-94-00526-CV







FDM, Inc., Appellant



v.



J. B. Marshall, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT


NO. 93-04552, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING








PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. Tex. R. App. P.
59(a)(1)(A). Appellant has also filed a motion to substitute name of appellant. The motions are
granted.

 The appeal is dismissed.


Before Justice Powers, Jones and Kidd

Dismissed on Joint Motion

Filed: April 19, 1995

Do Not Publish